Admin Overview -...

al Online Stores | Retail Stores | Online Retailer | **Enterprise Dealers** | Agricultural Drone Dealer | Pro Dealers | Become a Dealer

EXHIBIT 2

n America ⌄ | United States ⌄ | Texas ⌄ | Industry ⌄

Satellite Map
Longview
Shreveport
Monroe
Tyler
Vick
Natchez
Sabine National Forest
Alexandria
LOUISIANA
Bryan
Baton Rouge
Lake Charles
Lafayette
Beaumont
New Iberia
Houma
League City
Galveston
© Mapbox © OpenStreetMap Improve this map
mapbox

copter

DronePro
www.dronepro1.com
32731 Egypt Ln Ste 201 Magnolia, TX 7735
281.789.4735
info@dronepro1.com

copter Source, L.L.C.
10902 Interstate 10 East Baytown, TX 77523
+1 (832) 572-3301
Sales@coptersource.com

LINKEDALL PRODUCTS, INC.