Give us a call for custom sensor selection on your UAV. Anything from Optical Gas



About    Shop    Bundles    Industries    Blog    Contact Us

# About Copter Source

Copter Source, The Source for Industrial Drones, is a family owned and operated business in Baytown, Texas serving all of the Houston specializing in Industrial UAV solutions for Petrochemical Inspection and Search and Rescue drone needs. We make every effort to strive for quality service and open communication with all our customers. Above all we believe in honesty and fairness.

Whether it's adding components like RTK or Thermal Cameras to your UAV, a complete custom build like RFID scanners or a Copter Source Wind 4 Industrial Package with Optical Gas Imaging and High Resolution Visible Sensors, we can provide you with a solution. Copter Source is a fully featured Industrial Drone specialty store and most trusted Authorized DJI Enterprise Dealer providing sales and support for the full Enterprise line of products. We offer hands on instructions and complete product information to help you in your decision making and purchasing the drone best suited for you and your business needs.

Our retail storefront on the South side of Interstate 10, just East of Highway 146 offers a showroom featuring custom build combos with thermal and visible imaging sensors and including top DJI ready to fly platforms including the Inspire 2, Matrice 200 and Phantom 4 Pro! We have a field in back for a safe test flight and demonstration area so you can see the copters in action. Not a far drive and easy highway access for all Drone Enthusiasts in Austin, Houston, San Antonio, and our neighbors over in Louisiana.

Come by and get acquainted with us, we are friendly and professional, here to provide you with the best solution for your industrial drone needs.

As always we appreciate your business, support and feedback.