

**Copter Source**
*The Source for Drones*

10902 I-10 East, Suite 2
Baytown, Texas 77523
(832)572-3301
Sales@coptersource.com
DUNS: 079463286
CAGE CODE: 779P2

# Purchase Log

DATE  November 14, 2018



EXHIBIT 4

| TO | BILLING ADDRESS | TO | SHIPPING ADDRESS |

Mike Swymm
42035 Yokum Road
Ponchatoula LA 70454
(985) 981-1322

| SALESPERSON | JOB | SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE | DUE DATE |
|---|---|---|---|---|---|
| Byron Smith | | | | | |

| Date | Order # | Products | Total Invoice |
|---|---|---|---|
| 12/1/15 | 4-1050 | Phantom 3 Pro Accessories | $ 215.42 |
| 11/15/17 | 3155 | Matrice 600 Pro, Case, Zenmuse X5, Spare LiPo's | $ 8,720.00 |
| 12/14/17 | 18-1122 | M600 LiPo's Sets, and Extra Chargers | $ 2,740.06 |
| 1/4/18 | 18-1133 | M 600 D-RTK System, M600 LiPo Sets | $ 5,756.81 |
| 1/31/18 | CK#1234 | Matrice 600 Pro, RoninMX, Hasselblad A6D Combo | $ 26,000.00 |
| 3/21/18 | 3242 | M600 D-RTK System, Case, Lipo Sets, Chargers | $ 8,105.20 |
| 7/24/18 | 3303 | Heavy Lift Upgrade, LiPo Sets, EMLID RTK | $ 6,892.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL DISCOUNT** | |
| | | | $ 58,429.82 |
| | | | |
| | | | $ 58,429.82 |

**THANK YOU FOR YOUR BUSINESS!**