

**Becht Engineering Co., Inc., 22 Church Street, P.O. Box 300, Liberty Corner, New Jersey 07938**
**Toll Free 800-772-7991  Tel. 908-580-1119  Fax. 908-580-9260  www.becht.com**

July 12, 2018

Mr. Gary Riggins
JACOBS ENGINEERING GROUP INC. - Baton Rouge
P.O. Box 98033
Baton Rouge, LA 70898

Reference:   LB Refinery Restart Project
             Limetree Bay Terminals LLC,
             St. Croix 00820, USVI
             Becht Proposal 26079 Rev 1

Revised to increase the scope from the original 178 acres to the entire plant at 1,137 acres.


Mr. Riggins:

The purpose of this letter is to summarize my understanding of your scope of work based on the information provided and to provide a lump sum cost for providing UAV Drone services.

**Project Scope**

- The project is located at Limetree Bay Terminal in St. Croix, USVI.
- Becht will produce 100 MP Aerial UAV photographs, Orthomosiac photographs
- The scope of work for High Resolution Photographs, and unit labeling of the areas shown on Figure 1 below.
- Becht will install permanent ground control in selected areas throughout the entire facility and will survey them to the overall plant monument system. This will give a georeferenced location for all of the images and will allow for proper alignment of any future progress measurement flights.
- High resolution Photographs are to be used to produce an Ortho Aerial Mosaic of the facility. The Ortho Aerial Mosaic will need to have labeling for Unit Number and Name that will be used by the facility. Jacobs and LB Terminals will provide guidance on the labeling required.
- After area Drone path boundaries have been established for execution in the areas shown on 58FFCZ30-301-Drone-SK1 a Fly Over Video will need to be produced. The extent of this video is to show an overall view of entire plant.
- Becht will be allowed to bring multiple vehicles into the plant. The vehicles will have magnetic signs on each side.
- Becht will comply with the site UAV procedures and produce flight plans for review prior to any flights.



Mr. Gary Riggins 2 July 15, 2018

Fig 1.





Mr. Gary Riggins                 3                 July 12, 2018

## Commercial Information and Project Deliverables

Becht will provide the following deliverables associated with the Project Scope on a lump sum basis. Note that this proposal expires 10-12-18. Refer to the General Notes for more information.

| Deliverable | Description | Unit Rate | Quantity | Estimated Investment |
|---|---|---|---|---|
| Mobilization/ Demobilization | The estimated costs associated with mobilization and demobilization and all other expenses. Ie. Lodging and travel. | Included | - | 0 |
| Safety Training | Site Specific Training | Included | - | 0 |
| High Resolution Photographs | High resolution photographs and fly over videos. | Lump Sum pricing **$220,054** | 1 | $220,054 |
| USVI Taxes | Taxes | 4% | - | $8,802 |
| | | | **Total Project Investment** | **$228,856** |

## Estimated Project Schedule

The estimated schedule for the project is below. Note that the estimated project schedule is dependent upon Becht receiving a signed contract or purchase order on or before the award. Becht will coordinate with Jacobs to best support the project schedule requirements if the dates below can't be met.

| Activity | Date |
|---|---|
| Award Date | TBD |
| Site Specific Training | N/A |
| Field Work Begin | TBD |
| Field work duration | (Estimated, depending on site conditions and weather) 8 days with multiple crews after start of field execution. |
| Delivery of data to Jacobs | Becht will start delivering areas 1 week after completion of field activities |



Mr. Gary Riggins  4  July 12, 2018

### General Notes
The following general notes provide additional information and clarifications for the proposal:

1. **Commercial**
   a. All pricing is quoted in US dollars and shall be paid in US dollars.
   b. All pricing is quoted net of (i.e. does not include) any sales, value-added taxes or withholding taxes that may otherwise be due on the provided services and products.
   c. All pricing is quoted based on mobilizing one (1) field crew. A crew consist of a registered pilot, an assistant and a surveyor.
   d. Scope differences, scope changes and/or additional work will impact the project investment and estimated schedule.
   e. Downtime resulting from facility access or unforeseen and uncontrollable events beyond Becht's control will be charged in 1 hour increments at the rate of $550.00 per hour.

2. **Field Work**
   a. Jacobs shall provide contact information for a project representative knowledgeable of the scope of work that will be available for logistics, each scan location and any other coordination required for the duration of the project.
   b. Jacobs shall obtain the required permissions or permits to gain access to the facility.
   c. The estimated schedule may vary due to issues such as weather, facility access or unforeseen and uncontrollable events beyond Becht's control or due to additional services requested.
   d. Becht will request access to the site for weekend access in order to meet schedule.
   e. Becht will work 10 hour days.

Becht looks forward to working with Jacobs.

Mike Swymn
Operations Manager
Becht Scanning

*Michael Swymn*

M:  (985) 981-1322
E-mail:  MSWYMN@BECHT.com

**BECHT**
ENGINEERING

Becht Engineering Co., Inc., 22 Church Street, P.O. Box 300, Liberty Corner, New Jersey 07938
Toll Free 800-772-7991    Tel. 908-580-1119    Fax. 908-580-9260    www.becht.com

July 3, 2018

Mr. Gary Riggins
JACOBS ENGINEERING GROUP INC. - Baton Rouge
P.O. Box 98033
Baton Rouge, LA 70898

Reference:    LB Refinery Restart Project
Limetree Bay Terminals LLC,
St. Croix 00820, USVI
Becht Proposal 26079 Rev 0

Mr. Riggins:

The purpose of this letter is to summarize my understanding of your scope of work based on the information provided and to provide a lump sum cost for providing UAV Drone services.

**Project Scope**

- The project is located at Limetree Bay Terminal in St. Croix, USVI.
- Becht will produce 100 MP Aerial UAV photographs, Orthomosiac photographs
- The scope of work for High Resolution Photographs, and unit labeling of the areas shown on 58FFCZ3O-301-DRONE-SK1. See Figure 1 below.
- Becht will install temporary ground control and will survey them to the overall plant monument system in order to give a georeferenced location for all of the images.
- High resolution Photographs are to be used to produce an Ortho Aerial Mosaic of the facility. The Ortho Aerial Mosaic will need to have labeling for Unit Number and Name that will be used by the facility for the LB Restart Project. Jacobs and LB Terminals will provide guidance on the labeling required.
- After area Drone path boundaries have been established for execution in the areas shown on 58FFCZ30-301-Drone-SK1 a Fly Over Video will need to be produced. The extent of this video is to show an overall view of the area for the LB restart Project Scope of Work Area.
- Becht will be allowed to bring multiple vehicles into the plant. The vehicles will have magnetic signs on each side.
- Becht will comply with the site UAV procedures and produce flight plans for review prior to any flights.



Mr. Gary Riggins  2  July 3, 2018

Fig 1.





Mr. Gary Riggins                           3                           July 3, 2018

## Commercial Information and Project Deliverables

Becht will provide the following deliverables associated with the Project Scope on a lump sum basis. Note that this proposal expires 10-3-18. Refer to the General Notes for more information.

| Deliverable | Description | Unit Rate | Quantity | Estimated Investment |
|---|---|---|---|---|
| Mobilization/ Demobilization | The estimated costs associated with mobilization and demobilization and all other expenses. Ie. Lodging and travel. | Included | - | 0 |
| Safety Training | Site Specific Training | Included | - | 0 |
| High Resolution Photographs | High resolution photographs and fly over videos. | Lump Sum pricing $34,450 | 1 | $34,450 |
| USVI Taxes | Taxes | 4% | - | $1,378 |
| | | | **Total Project Investment** | **$35,828** |

## Estimated Project Schedule

The estimated schedule for the project is below. Note that the estimated project schedule is dependent upon Becht receiving a signed contract or purchase order on or before the award. Becht will coordinate with Jacobs to best support the project schedule requirements if the dates below can't be met.

| Activity | Date |
|---|---|
| Award Date | TBD |
| Site Specific Training | N/A |
| Field Work Begin | TBD (1 field crews) |
| Field work duration | (Estimated, depending on site conditions and weather) 4 days after start of field execution. |
| Delivery of data to Jacobs | Becht will start delivering areas 1 week after completion of field activities |



Mr. Gary Riggins            4            July 3, 2018

General Notes

The following general notes provide additional information and clarifications for the proposal:

1. **Commercial**
   a. All pricing is quoted in US dollars and shall be paid in US dollars.
   b. All pricing is quoted net of (i.e. does not include) any sales, value-added taxes or withholding taxes that may otherwise be due on the provided services and products.
   c. All pricing is quoted based on mobilizing one (1) field crew. A crew consist of a registered pilot, an assistant and a surveyor.
   d. Scope differences, scope changes and/or additional work will impact the project investment and estimated schedule.
   e. Downtime resulting from facility access or unforeseen and uncontrollable events beyond Becht's control will be charged in 1 hour increments at the rate of $550.00 per hour.

2. **Field Work**
   a. Jacobs shall provide contact information for a project representative knowledgeable of the scope of work that will be available for logistics, each scan location and any other coordination required for the duration of the project.
   b. Jacobs shall obtain the required permissions or permits to gain access to the facility.
   c. The estimated schedule may vary due to issues such as weather, facility access or unforeseen and uncontrollable events beyond Becht's control or due to additional services requested.
   d. Becht will request access to the site for weekend access in order to meet schedule.
   e. Becht will work 10 hour days.

Becht looks forward to working with Jacobs.

Mike Swymn
Operations Manager
Becht Scanning

*Michael Swymn*

M:        (985) 981-1322
E-mail:    MSWYMN@BECHT.com