Here is a link to the video I took after I finished the last bit of tuning.



https://netorg83628-my.sharepoint.com/:f:/g/personal/sales_coptersource_co[...]
EpSAG8xqDVZNr1AbZxRhSicBYig7zgHfVSqigaSlEDXTKw?e=xvXcVx

Copter Source
Byron Smith, President
phone: 832-572-3301
address: 10902 I-10 East, Suite 2 Baytown, Texas 77523
site: www.coptersource.com

---

**From:** Mike Swymn <mswymn@gmail.com>
**Sent:** Saturday, October 6, 2018 3:47:28 PM
**To:** Byron Smith
**Subject:** Re: Hasselblad Crash

Did they know that this system had their RTK which was supposed to negate the electromagnetic interference?

On Oct 6, 2018, at 3:34 PM, Byron Smith <byron@coptersource.com> wrote:

> Here I was asking further to negate what I thought was the issue with programming flight altitude with first waypoint away from take-off point and you were correct, it is supposed to go to altitude first then go to the waypoint horizontally.
>
> Copter Source
> Byron Smith, President
> phone: 832-572-3301
> address: 10902 I-10 East, Suite 2 Baytown, Texas 77523
> site: www.coptersource.com

---

**From:** Gary Arz
**Sent:** Saturday, September 29, 2018 1:02 AM
**To:** Byron Smith
**Cc:**
**Subject:** RE: Hasselblad Crash



The aircraft was indeed climbing while headed to Waypoint 1.

In normal operation the aircraft should take off and rise to the mission prescribed altitude, then move to Waypoint 1 horizontally. But customers aircraft did not act like this way, and we don't know why without the flight controller data.

Let's talk on Monday about the customers loss and see what we can do.

---

**From:** Byron Smith [mailto:byron@coptersource.com]
**Sent:** Friday, September 28, 2018 4:42 PM
**To:** Gary Arz
**Cc:**
**Subject:** Re: Hasselblad Crash

At the "flipped over point" is where the customer stated it collided with the vessel. Does the data show if the copter climbing in altitude while headed to Waypoint 1?

Is it a normal operation for the copter to climb to mission prescribed altitude first and then proceed to the Waypoint or will the craft take off, stabilize and then proceed to the Waypoint while climbing to prescribed altitude?

Is there anything to offer the customer for his loss? Mainly the Hassleblad A6D since fault cannot be determined and was not pilot error?

Thanks,

Byron

Sent from my iPhone

> On Sep 28, 2018, at 6:22 PM, Gary Arz <gary.arz@dji.com> wrote:
>
> Hi Byron,
>
> The attached accidental report was based from the flight records of the GS Pro app. Indeed it seems something went wrong and the customer did nothing wrong during the mission, but R&D can't really locate the cause without the flight controller data – and since the data is corrupted we'll not be able to know what exactly happened. They said it could've been a hardware, software, aircraft, controller setup or environmental issue like electromagnetic interference. There is no real way to give an accurate determination for this incident.



> Thank you