PATS

**Case Number:** CAS-2108823-J9Q0Q4                                           **28 September 2018**

EXHIBIT 7

# Accident Description

- **Accident Description:**

Time Point: 00:43

Effective Control: ☒ Yes ☐ No                    Directional Error: ☐ Yes ☒ No

Control Mode: ☒ GPS Mode   ☐ ATTI Mode   ☐ OPTI Mode   ☐ Sport Mode

- **Accident Type:**

☐ A. Pilot fault in Positioning Mode                  ☐ B. Pilot Fault in ATTI Mode

☐ C. Pilot fault when using intelligent flight        ☐ D. Pilot fault when using App

☐ E. Aircraft crashed with obstacles when RTH         ☐ F. Strong wind caused accident

☐ G. Add third-party component caused accident        ☐ H. CSC operation in mid-air

☒ I. Other

- **Product Model:** A3                               **SN:** 0670141883

- **Additional Information:** Flight time:28/07/2018 23:45:01 (utc+8) Fly011

1. The aircraft was controlled by pilot in Waypoint mode.

2. T=00:43 ,h=40 m,  d=125.4 m,  aircraft flipped over when pilot was pushing pitch stick forward.

**3. Can not really locate the cause without the flight controller data.**



# Flight Record Pictures



T=00:43 ,h=40 m,  d=125.4 m,  aircraft flipped over during the waypoint mission.



Flight environment.