**BECHT**
*ENGINEERING*

Becht Engineering Co., Inc., 22 Church Street, P.O. Box 300, Liberty Corner, New Jersey 07938
Toll Free 800-772-7991   Tel. 908-580-1119   Fax. 908-580-9260   www.becht.com

July 30, 2018

**EXHIBIT 8**

Reference:   Shell
             15536 River Rd.
             Norco, LA 70079
             Becht Laser Scanning Proposal 26294

The purpose of this proposal is to summarize my understanding of your scope of work based on the information provided and to submit a lump sum cost for laser scanning services.

**Project Scope**

- This project is located at Shell in Norco, LA.
- Becht will produce 100 MP Aerial UAV photographs, Orthomosiac photographs of area shown (see Figure 1).
- Becht will align images with the plant monument system allowing for georeferencing location of all images.
- Becht Laser Scanning will be allowed to bring vehicles in the plant. The vehicles will have magnetic signs on each side.
- Becht will comply with the site UAV procedures (S18) and produce flight plans for review prior to any flights.



2                                                                                                  July 30, 2018

Figure 1





3   July 30, 2018

## Commercial Information and Project Deliverables

Becht will provide the following deliverables associated with the Project Scope on a lump sum basis. The overall cost impact to the project based on the scope of work will be **$18,000.00**. Note that this proposal expires 10-30-18. Refer to the General Notes for more information.

| Deliverable | Description | Unit Rate | Quantity | Estimated Investment |
|---|---|---|---|---|
| Mobilization/ Demobilization | The estimated costs associated with mobilization and demobilization and all other expenses. Ie. Lodging and travel. | Included | - | 0 |
| Safety Training | Site Specific Training | Included | - | 0 |
| High Resolution data capture | High resolution photographs and fly over videos. | Lump Sum pricing $6,000 | 1 | $6,000 |
| | | *Total Project Investment* | | **$6,000** |

## Estimated Project Schedule

The estimated schedule for the project is below. Note that the estimated project schedule is dependent upon Becht receiving a signed contract or purchase order on or before the award.

| Activity | Date |
|---|---|
| Award date | TBD |
| Field work begin | TBD |
| Field work duration with 1 crew | 1 day |
| Delivery of data to Shell | Maximum of 1 week after completion on site. |



4                                                                         July 30, 2018

General Notes

The following general notes provide additional information and clarifications for the proposal:

1. **Commercial**
   a. All pricing is quoted in US dollars and shall be paid in US dollars.
   b. All pricing is quoted net of (i.e. does not include) any sales, value-added taxes or withholding taxes that may otherwise be due on the provided services and products.
   c. All pricing is quoted based on mobilizing one (1) field crew. A crew consist of a registered pilot, an assistant and a surveyor.
   d. Scope differences, scope changes and/or additional work will impact the project investment and estimated schedule.
   e. Downtime resulting from facility access or unforeseen and uncontrollable events beyond Becht's control will be charged in 1 hour increments at the rate of $550.00 per hour.

2. **Field Work**
   a. Shell shall provide contact information for a project representative knowledgeable of the scope of work that will be available for logistics, each scan location and any other coordination required for the duration of the project.
   b. Shell shall obtain the required permissions or permits to gain access to the facility.
   c. The estimated schedule may vary due to issues such as weather, facility access or unforeseen and uncontrollable events beyond Becht's control or due to additional services requested.

Becht looks forward to working with Shell.

*Gerald "Jerry" McGee*

**Gerald McGee**
Senior Project Manager
**Becht Engineering Co., Inc.**
**Laser Scanning Division**
504-458-2866
gmcgee@becht.com