Tolunay-Wong  Engineers, Inc.

10710 S. Sam Houston Pkwy W., Suite 100  /  Houston, TX 77031  /  713-722-7064  /  F...

EXHIBIT
9

## COVER
## SHEET

# Email

| | | | |
|---|---|---|---|
| **To:** | Mr. Mike Swymn (mswymn@becht.com) Becht Laser Scanning | **From:** | Arthur J. Stephens, P.E. |

**Direct:** 713-821-5842
**Phone:** 713-722-7064
**Fax:** 713-777-0341 / 713-722-0319
**Cell:** 832-741-2179
**Email:** astephens@tweinc.com

**Cc:** Alvin Yu (Alvin.yu@fluor.com)

Dustin Walker (dwalker@tweinc.com)

**Date:** December 19, 2018
**TWEI #:** 15.14.036

**Ref:** **Proposal Request**
**South Louisiana Methanol Project**

Dear Mr. Swymn:

Fluor has requested Tolunay-Wong to obtain a proposal for surveying for the South Louisiana Methanol Project.  The specifications are attached.

We request your proposal no later than January 4, 2019.  Fluor will evaluate the proposal and issue a contract by January 14, 2019.  It will be important to mobilize to the site by January 21, 2019, and complete the survey effort prior to crop growth.

Please include the above schedule and the estimated time to complete the surveying in your proposal.

Thanks for your assistance.

Sincerely,

**Tolunay-Wong Engineers, Inc.**

*TBPE Registration No.: F-000124*

*Arthur J. Stephens, P.E.*
*Executive Vice President*

Art/dee

Attachment:    RFP

 **TWEI**

# Request for Proposal

South Louisiana
Methanol



# MODIFICATION 1
# SOUTH LOUISIANA METHANOL PROJECT
# SCOPE OF WORK
# AERIAL IMAGERY, ORTHOPHOTOGRAPHY,
# 3-D TOPOGRAPHICAL MAPPING SURVEY

**Fluor Project No:  S1LM**

| REV | DATE | PAGES | DESCRIPTION | ORIG. | CHKD | FLUOR | CLIENT |
|-----|------|-------|-------------|-------|------|-------|--------|
|     |      |       |             |       |      |       |        |
|     |      |       |             |       |      |       |        |
|     |      |       |             |       |      |       |        |
|     |      |       |             |       |      |       |        |
| A   |      | 20    | Issued for Bid | REL |    |       |        |
| REV | DATE | PAGES | DESCRIPTION | ORIG. | CHKD | APPROVED BY | |

CONFIDENTIAL – This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
| --- | --- | --- |

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.



| South Louisiana Methanol | | |
|---|---|---|
| **South Louisiana Methanol**<br>**SLM Project**<br>**St. James Parish, Louisiana** | **FLUOR**<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 | |

## TABLE OF CONTENTS

**1.0    DEFINITIONS AND ABBREVIATIONS** .......................................... **4**

    1.1    Definitions ........................................................................................4

    1.2    Abbreviations ...................................................................................4

**2.0    PROJECT SCOPE** ......................................................................... **5**

    2.1    Scope of Work ...................................................................................5

    2.1    Project Flight Plan ............................................................................5

    2.2    Survey Ground Control .....................................................................6

    2.3    Aerotriangulation .............................................................................7

    2.4    Applicable Documents and Drawings ...............................................7

**3.0    GENERAL INFORMATION** ........................................................... **8**

    3.1    General Notes to the Contractor .......................................................8

**4.0    DELIVERABLES** .......................................................................... **8**

    4.1    3-D Pointcloud .................................................................................8

    4.2    Contour Drawing ..............................................................................8

    4.3    Photomosaic (Orthophoto) ...............................................................9

    4.4    Digital Terrain Model (DTM) ..........................................................9

    4.5    3-D Studio ........................................................................................9

    4.6    Outfall Drainage Point Survey .........................................................9

    4.7    3-D Survey Registration Accuracy Report .......................................9

**5.0    PROJECT EXECUTION / SCHEDULE** ........................................... **9**

    5.1    Project Work Plan .............................................................................9

    5.2    Project Schedule .............................................................................10

**ATTACHMENTS** ................................................................................. **11**

    Attachment A – 3-D Aerial Mapping Scope Drawing ...............................11

    Attachment B – Contract Daily Report ....................................................11

    Attachment C – 3-D Registration Accuracy Report .................................11

*CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | **South Louisiana Methanol**<br>**SLM Project**<br>**St. James Parish, Louisiana** | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

**1.0    DEFINITIONS AND ABBREVIATIONS**

**1.1    Definitions**

**Jobsite:**          The lands and other places on, under, in or through which the works are to be executed or carried out and any other lands or places.

Throughout this Scope of Work, where the word "shall" is used to define a requirement, Contractor must comply with the requirements. Where the word "should" is used to define a requirement, the Contractor may select an alternative and advise Fluor accordingly prior to implementation of alternative.

**UAV:**          An unmanned aerial vehicle (UAV), commonly known as a drone, is an aircraft without a human pilot aboard. UAVs are a component of an unmanned aircraft system (UAV); which include a UAV, a ground-based controller, and a system of communications between the two. The flight of UAVs may operate with various degrees of autonomy: either under remote control by a human operator or autonomously by onboard computers.

**Control Station:**          Control station is the control center that controls the Unmanned Aerial Vehicles (UAVs or "drones").

**Pointcloud:**          Pointcloud data is a collection of measured points in (X, Y, Z coordinates) in a common reference system. These scanned measurements are collected and grouped into a "pointcloud" displaying a dense representation of the object. These pointclouds store all the 3D survey data taken from scanner and will be imported/merged into the 3D model.

**Survey Targeting:**          Survey targets are the temporary points that the contractor places at the site or existing facility to establish the survey control network, each target is surveyed and tied to the plant coordinate system.

**Control Monuments:**          Control monuments are the physical fixed reference coordinate point.

**1.2    Abbreviations**

| .LFD | LFM File Format |
|---|---|

*CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

| LFM | Light Form Modeler |
|---|---|
| QA / QC | Quality Audit / Quality Control |
| UAV | Unmanned Aerial Vehicle |
| .RCP | AutoCAD ReCap File |
| DTM | Digital Terrain Model |

## 2.0   PROJECT SCOPE

### 2.1   Scope of Work

The purpose of this document is to describe in detail the survey and engineering parameters for the execution of the 3-D aerial mapping survey for the SLM Project. The following Scope of Work includes 3-D aerial mapping of approximately 817 acres located St. James Parish, Louisiana. The SLM project will convert 180,000 MMBTU per day of natural gas into 5,300 metric tons per day ("MTPD") of methanol for delivery to the United States Gulf Cost petrochemicals market and potentially overseas markets. The project site in south Louisiana is situated at the nexus of North American petrochemicals production and prolific natural gas plays in Louisiana and Texas, with access to world-class transportation infrastructure, and interstate and intrastate natural gas pipelines.  In addition to 3-D aerial mapping an additional survey by means of robotic total station shall be utilized to serve two main purposes: establish the plant coordinate system and register the 3-D aerial mapping pointcloud survey data.  This will be the basis for the quality assurance report.



Map - SLM project in St. James Parish, Louisiana

### 2.1   Project Flight Plan

2.1.1   Contractor shall apply industry best practices and required specifications for the entire UAV aerial data collection process which shall be detailed in the Contractors work plan.

CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

2.1.2     Contractor shall comply with all Federal Aviation Administration (FAA) regulations for UAV operations, pilots, and aircraft.

- Pilot certification
- UAV registration requirements
- FAA waivers that may be required to operate at certain times, in different types of airspace, or outside of FAA regulations.

2.1.3     Contractor shall plan a dual pass flight in a crossing pattern, 90 degrees apart. Additional passes may be required to eliminate any shadowing in the aerial mapping data. This will be the responsibility of the contractor.

2.1.4     There shall be a minimum of 80 % overlap when gathering aerial imagery for proper registration.

2.1.3     Contractor shall meet the following tolerances for both vertical and horizontal survey measurements.
       0.33' for Topographical survey hard surfaces

2.1.5     The flight plan shall be scheduled and performed on a clear day free from snow, rain, low visibility and strong winds.

2.1.6     All equipment shall be calibrated before arriving to the site and checked and re-calibrated each day.

2.1.7     Contractor shall notify Fluor of any areas of concern prior to completing the 3-D aerial mapping detailed in this scope of work. If specific locations are critical to the project, these will be identified in advance so as to eliminate the potential for missing data or shadows in the data.

2.1.8     Contractor shall perform additional survey by means of a total station on the 4 outfall drainage points shown on drawing: SJT1-1001-10-SK-003-06. The bottom elevation of the 4 locations must be cleared of any obstruction so that the lowest elevation point is surveyed. These surveyed points shall be archived with a datum point in the LFM 3-D pointcloud dataset and listed in the 3-D Registration Accuracy Report.

## 2.2    Survey Ground Control

2.2.1     Contractor shall develop a survey control plan that will meet or exceed this scope of work technical requirements.

2.2.2     Contractor shall be responsible for the amount of horizontal and vertical ground control required to meet or exceed this scope of work.

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

2.2.3   Contractor shall survey site/plant benchmark(s) and survey targets for establishing control for the area(s) using a total station. The contractor shall use best industry practices on determining the amount of survey targets (to verify survey accuracy) required.

2.2.4   All survey targets that are used to establish the ground survey control network shall be visible in the pointcloud and all imagery deliverables.

2.2.5   All 3-D aerial mapping survey control shall be listed in the 3-D Registration Accuracy Report, (See: Attachment C)

2.2.6   Contractor will align final survey data to the plant coordinate system listed below.

| MON | East | North | Elevation |
|---|---|---|---|
| M#001 | 37,653'-9" | 10,012'-9" | 18.31 |
| M#002 | 35,375'-5" | 10,008'-10" | 15.03 |
| M#003 | 30,000'-0" | 10,000'-0" | 7.42 |
| M#004 | 38,045'-9" | 13,439'-1" | 18.30 |

2.2.7   Contractor shall verify horizontal and vertical data (State and Global Coordinates) utilizing a local national geodetic survey monument for plant monuments M-001 through M-004.

2.2.8   Contractor shall verify and confirm plant monument elevations are correct.

**2.3   Aerotriangulation**

2.3.1   The mapping specifications to be used:

*Datums/Units*
NAD83 (1991) - Horizontal Datum
NAVD88 - Vertical Datum
U.S. Survey Feet

**2.4   Applicable Documents and Drawings**

2.3.1   3-D aerial mapping scope drawings

| Drawing / Document | Description: | Notes |
|---|---|---|
| SK-LS-00-S1LM-01 | 3-D Aerial Mapping Area Index | Rev. A |
| SJT1-1001-10-SD-002 | Civil Permanent Monument Location Plan | Rev. 0 |
| SJT1-1001-10-SK-003-06 | Civil On Site CSW and Off Site Agricultural Outfall Location | Rev. A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

|  South Louisiana **Methanol** | **South Louisiana Methanol**<br>**SLM Project**<br>**St. James Parish, Louisiana** | **_FLUOR_**<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

### 3.0    GENERAL INFORMATION

#### 3.1    General Notes to the Contractor

3.1.1    The contractor is responsible for providing a daily report (FORM 000.430.F0127 (Revision Date:  April 26, 2006) (See: Attachment B) which will be submitted to a Fluor representative for sign off each day.

3.1.2    Contractor shall comply with all currently applicable work rules and regulations in or around the South Louisiana Methanol site.

3.1.3    Contractor is expected to follow all South Louisiana Methanol site procedures with regard to safety and conduct a safety toolbox kickoff meeting.

3.1.4    PPE and other related Safety equipment to be provided by contractor for own crew(s).

3.1.5    Contractor is responsible for moving all of their own equipment to and from area to area.

3.1.6    Contractor shall provide unit rates for stand-by time due to bad weather or inaccessibility to the areas detail in this scope of work.

3.1.7    Contractor to maintain data files in the case of data crash or hardware failure and re-submit to Fluor for restoration if needed.

3.1.8    Contractor shall identify any special conditions or requirements that are required to complete the 3-D aerial mapping effort.

3.1.9    3-D aerial mapping survey data to be delivered on two (2) HDD, one being a working copy and one HDD for backup.

### 4.0    DELIVERABLES

#### 4.1    3-D Pointcloud

4.1.1    One registered and complete 3-D pointcloud dataset shall be delivered in LFM Server database format

4.1.2    One registered and complete 3-D pointcloud data shall be delivered in AutoCAD RECAP format. (*.rcp)

#### 4.2    Contour Drawing

_CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed._

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|



    4.2.1    AutoCAD topographic drawing with contour lines at 1-foot intervals and referenced to project datum. Every fifth contour line shall be an index contour of distinguishable line type or weight.

**4.3    Photomosaic (Orthophoto)**

    4.3.1    The final overall photomosaic will be georeferenced to the plant coordinate system.

**4.4    Digital Terrain Model (DTM)**

    4.4.1    Contractor to create an InRoads digital terrain model (DTM) of the 3-D aerial mapping survey data.

**4.5    3-D Studio**

    4.5.1    Contractor to supply the aerial survey data in 3-D Studio format. (*.3ds, *.jpg and *.max)

**4.6    Outfall Drainage Point Survey**

    4.6.1    Total station survey report of the 4 outfall drainage points shown on drawing: SJT1-1001-10-SK-003-06. The bottom elevation of the 4 locations must be cleared of any obstruction so that the lowest elevation point is surveyed. These surveyed points shall be archived with a datum point in the LFM 3-D pointcloud dataset and listed in the 3-D Registration Accuracy Report.

**4.7    3-D Survey Registration Accuracy Report**

    4.7.1    Contractor shall supply a 3-D survey registration accuracy report on all ground survey control. The final report must contain the following but not limited to:

        1.  Equipment List
        2.  Target positions
        3.  Survey orientation
        4.  Errors of Collimation
        5.  Calibration certificates

**5.0    PROJECT EXECUTION / SCHEDULE**

**5.1    Project Work Plan**

    5.1.1    Contractor shall designate a single point of contact between its management team and the Fluor's management team.

    5.1.2    The Contractor shall provide experienced and suitably qualified personnel to provide technical support.

CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

5.1.3   Contractor must submit resumes of all persons that will be on the jobsite

5.1.4   Contractor must submit all specifications for the equipment to be used on the site.

5.1.5   The Contractor shall submit a schedule/work plan for Fluor review and approval. The work plan shall include the proposed organization chart, schedule, resources and equipment for performance of the work to meet the 'Finish' d ate required to support the Fluor's overall project schedule.

Work Plan, to include but not limited to:
1. Flight plan
2. Quality Plan
   o List quality assurance/quality control procedures to be used in imagery collection
3. Type of aircraft, camera mount, and airborne GPS configuration
4. Ground survey control plan
5. Survey registration plan, (80% overlap in the mapping data)
6. Contingency plans for weather, aircraft, and/or equipment issues
7. Organizational chart & resumes
8. Schedule

5.1.5   The person or persons designated by Contractor to attend the meetings shall have all the required authority to make decisions and commit Contractor to solutions agreed upon during any coordination meetings.

**5.2   Project Schedule**

| Project Schedule | Date Early | Date No Later |
|---|---|---|
| SOW - Out for Bid | MM/DD/YYYY | MM/DD/YYYY |
| Proposal In | MM/DD/YYYY | MM/DD/YYYY |
| Contract Award | MM/DD/YYYY | MM/DD/YYYY |
| Mobilization | MM/DD/YYYY | MM/DD/YYYY |
| Demobilization | MM/DD/YYYY | MM/DD/YYYY |
| Aerial Mapping Data Delivered | MM/DD/YYYY | MM/DD/YYYY |

CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

|  South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

Owner / Fluor will schedule and coordinate Contractor's performance of the Work with the work of others and Contractor agrees to comply strictly with such scheduling and coordination. Specific scheduling requirements are:

Deliverables will be submitted to Owner & Fluor. Contractor shall issue deliverables directly to Fluor.

**Work to commence on or about xx-xx-xx and complete by xx-xx-xx Deliverables to be submitted to Fluor no later than xx-xx-xx**

**ATTACHMENTS**

      **Attachment A – 3-D Aerial Mapping Scope Drawing**
      **Attachment B – Contract Daily Report**
      **Attachment C – 3-D Registration Accuracy Report**

*CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

**ATTACHMENT A**

**3-D AERIAL MAPPING SCOPE DRAWINGS**

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol SLM Project St. James Parish, Louisiana | FLUOR Modification 1 SOW for 3-D Aerial Mapping Revision: 0 Date: 12/21/2018 |
|---|---|---|

**SK-LS-00-S1LM-01:  3-D Aerial Mapping Scope Drawing**



CONFIDENTIAL – This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

**SJT1-1001-10-SK-003-06:  On Site CSW and Off Site Agricultural Outfall Locations**



*CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
| --- | --- | --- |

**SJT1-1001-10-SD-002: Permanent Monument Location Plan**



CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
| --- | --- | --- |

**ATTACHMENT B**

**CONTRACT DAILY REPORT**

*CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

**CONTRACT DAILY REPORT**

The Contract Daily Report is to be filled out by the Contractor, reviewed by Fluor and maintained by the Contracts Administrator.  This report requires the Contractor to report manpower, major equipment on site, activities of the day, and any unusual occurrences.  The Contracts Administrator or superintendent must review this data daily and concur with the Contractor's report or rebut in writing.

<u>INTRODUCTION</u>

The first section contains general information to identifying the contractor, date, shift, work, location, etc.  This section must always be completed.

The second section is for listing the Contractor's manpower and major construction equipment...  All units on site shall be recorded in the count including those units of equipment not working on contract work (such as when the Contractor is utilizing units of equipment for its own benefit and maintenance of its own facilities, etc.) which shall have "0" reported under hours.

The third section "Description of Work Performed Today" should report all major types of work and areas in which work was performed.

The fourth section "Remarks by Contractor" is to record any and all unusual or non-routine events which effect operations, such as interruptions, delays, conflicting instructions, inclement weather, strikes, accidents, and the like.  This may include the receipt of a Contract Site Instruction.  It may detail a delay occasioned by Fluor, another Contractor, or the Contractor's own operations.  The arrival and departure from site of second tier subcontractors should be noted, as well as major changes in Contractor's methods of operating.  This section should record the details of materials received from Fluor or others, problems with temporary facilities, or agreements as to the use of the equipment or services.  Where the remarks in this section outline a problem, they should also state what solution has been proposed or who is responsible for resolving the problem.  An absence of any references in the Contract Daily Report to unusual or non-routine events will indicate that there were no such occurrences.  The Contractor's responsible representative must sign and date the report, thus placing his remarks (or silence) on record.

The final section of the report is designed for the Contract Administrator or Representative to complete any information missing from the first four sections, indicate any disagreements which Fluor may have with the Contractor's reporting, or to make comments relevant to the contract.  The Contracts Administrator or Representative must sign and date each daily report thereby verifying or rebutting the information supplied in the previous four sections by the Contractor and returning a copy to the Contractor.

<u>IMPLEMENTATION</u>

The Contract Daily Report should be completed by the Contractor, for each day (regardless of whether work was performed or not) on the morning following the day reported, and submitted to the appropriate Fluor representative by noon of that same day.

Under no circumstances should daily reports be accumulated and filled out retrospectively.

The Contract Daily Report shall not be used in conjunction with, or in back-up to, hours spent in the performance of All-in rate or Time and Material charges.

*CONFIDENTIAL --This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | **FLUOR**<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

| CONTRACTOR | | CONTRACT TITLE | | | DATE | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | | REPORT NO. | | AREA | | |
| SHIFT | | HOURS WORKED<br>From: | To: | | WEATHER | |

| MANPOWER | NO. | TOTAL HOURS | MAJOR EQUIPMENT | NO. | TOTAL HOURS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DESCRIPTION OF WORK PERFORMED TODAY

REMARKS BY CONTRACTOR (Delays, Interruptions, Deviations, Extra Work Activities, Unusual Occurrence's, etc., Relevant to Today's Work).

| CONTRACTOR | TITLE | DATE |
|---|---|---|

FLUOR COMMENTS AND/OR EXCEPTIONS

| FLUOR REPRESENTATIVE | TITLE | DATE |
|---|---|---|

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.

| South Louisiana Methanol | South Louisiana Methanol<br>SLM Project<br>St. James Parish, Louisiana | FLUOR.<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |
|---|---|---|

**ATTACHMENT C**

**3-D REGISTRATION ACCURACY REPORT**

CONFIDENTIAL –This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.



| | | |
|---|---|---|
| South Louisiana **Methanol** | **South Louisiana Methanol**<br>**SLM Project**<br>**St. James Parish, Louisiana** | **FLUOR**®<br>Modification 1<br>SOW for 3-D Aerial Mapping<br>Revision: 0<br>Date: 12/21/2018 |

**3-D Survey Registration Accuracy Report**

**FLUOR**  **3D REGISTRATION ACCURACY SURVEY REPORT**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *Project Name:* | | | | | | | | | *Name of Contractor:* | | | | *Date:* |
| | *Client Name:* | | | | | | | | | *Contractor's Address:* | | | | |
| | *Site Address:* | | | | | | | | | *Contractor's Phone Number:* | | | | |

| | | |
|---|---|---|
| *Surveyor Name:* | | *Date:* |
| *Checked By Name:* | | |
| *Approved By:* | | |

| Survey Control Points | Point or Target # | Theoretical Values | | | Actual Values | | | Error | | | Overall Mean Error from Survey: | * Electronic File Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | Y | Z | X | Y | Z | | | | | |
| Monuments / Benchmarks | | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X | | |
| TBM 01 | | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X | | |
| | T100 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T101 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T103 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T104 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T105 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T106 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T200 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T201 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T203 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T204 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T205 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T206 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

*CONFIDENTIAL —This information is considered CONFIDENTIAL and is authorized for use only by consultants, contractors, or employees of third parties with whom proper confidentiality Agreements have been executed.*



LEGEND

☐  3-D AERIAL MAPPING AREA

FLUOR.

South Louisiana
Methanol

SOUTH LOUISIANA METHANOL LP
ST. JAMES PARISH,
LOUISIANA

SLM PROJECT
SOUTH LOUISIANA METHANOL PLANT 1

CIVIL
AERIAL IMAGERY & ORTHOPHOTOGRAPHY
3-D TOPOGRAPHICAL MAPPING INDEX



PRELIMINARY
NOT FOR CONSTRUCTION

FLUOR.

South Louisiana
Methanol

SOUTH LOUISIANA METHANOL LP.
ST. JAMES PARISH,
LOUISIANA

SLM PROJECT
SOUTH LOUISIANA METHANOL PLANT 1

CIVIL
ON SITE CSW AND OFF SITE AGRICULTURAL
OUTFALL LOCATIONS

SJI-1001-10-SK-003-06



**FLUOR**

## 3D REGISTRATION ACCURACY SURVEY REPORT

|  |  | Date: |  |
| --- | --- | --- | --- |
| Project Name: |  | Name of Contractor: |  |
| Client Name: |  | Contractor's Address: |  |
| Site Address: |  | Contractor's Phone Number: |  |

|  |  | Date: |  |
| --- | --- | --- | --- |
| Surveyor Name: |  |  |  |
| Checked By Name: |  |  |  |
| Approved By: |  |  |  |

| Survey Control Points | Point or Target # | Theoretical Values | | | Actual Values | | | Error | | | * Electronic File Name |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | X | Y | Z | X | Y | Z |  |  |  | Overall Mean Error from Survey: |  |
| Monuments / Benchmarks |  | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X |  |  |
| TBM 01 |  | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T100 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T101 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T103 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T104 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T105 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T106 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T200 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T201 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T203 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T204 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T205 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |
|  | T206 |  |  |  | XXXX | XXXX | XXXX | X | X | X |  |  |

# FLUOR

## 3D REGISTRATION ACCURACY SURVEY REPORT

| | | | | | | | | | | Date: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Name: | | | | | | | Name of Contractor: | | | | |
| Client Name: | | | | | | | Contractor's Address: | | | | |
| Site Address: | | | | | | | Contractor's Phone Number: | | | | |

| | | | | | | | | Date: | |
|---|---|---|---|---|---|---|---|---|---|
| Surveyor Name: | | | | | | | | | |
| Checked By Name: | | | | | | | | | |
| Approved By: | | | | | | | | | |

Overall Mean Error from Survey:

| Survey Control Points | Point or Target # | Theoretical Values | | | Actual Values | | | Error | | | * Electronic File Name | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | X | Y | Z | X | Y | Z | | | | | |
| Monuments / Benchmarks | | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X | | |
| TBM 01 | | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | X | X | X | | |
| | T100 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T101 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T103 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T104 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T105 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T106 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T200 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T201 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T203 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T204 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T205 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | T206 | | | | XXXX | XXXX | XXXX | X | X | X | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |





