IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL SWYMN, VIKING ANIMATION & CONSULTING, L.L.C.<br><br>      **Plaintiff**<br><br>v.<br><br>DJI TECHNOLOGY INC.<br>SZ DJI TECHNOLOGY CO. LTD. &<br>SHENZEN DAJIANG BAIWANG TECHNOLOGY CO. LTD<br><br>      **Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>) 2:19-CV-11887-SSV-JVM<br>)<br>)<br>) |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v.Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v.Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

S/ Ryan J Williams_____          Dated: March 16th, 2020
COUNSEL FOR PLAINTIFFS
RYAN J. WILLIAMS
Drake Law Firm, LLC
154 West Pine Street
Ponchatoula, Louisiana 70454
(985) 386-7600
Bar No. 38442


**GAUDRY, RANSON, HIGGINS**
**& GREMILLION, L.L.C.**

 /s/ Gino R. Forte_____          Dated: March 16th, 2020
COUNSEL FOR DEFANDANTS
WADE A LANGLOIS, III (Bar #17681)
GINO R. FORTE (#29190)
401 Whitney Ave., Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email: wlanglois@grhg.net
gforte@grhg.net

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: March 1_<sup>th</sup>, 2020

_____
HONORABLE JUDGE SARAH S. VANCE